BENJAMIN BERMAN, an Infant, by MEYER BERMAN, His Guardian ad Litem, Respondent, v. LOUIS MASNICK and Another, Appellants.— Order unanimously

affirmed, with ten dollars costs and disbursements.  Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.